# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bolden, Victor A. | United States District Court for the District of Connecticut | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

915 Lafayette Boulevard
Bridgeport, Connecticut 06604

*IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | NAACP Legal Defense and Educational Fund, Inc. Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Litigation | January 17, 2019 to January 19, 2019 | Dana Pont, California | Attended the Winter Leadership Meetingq | Lodging, transportation and meals |
| 2. | ABA Section of Litigation | April 11, 2019 to April 12, 2019 | Chicago, Illinois | Attended leadership planning meeting | Lodging, and transportation |
| 3. | ABA Section of Litigation | May 1, 2019 to May 3, 2019 | New York, New York | Attended the Section of Litigation Annual Conference | Lodging, and transportation |
| 4. | ABA Section of Litigation | May 21, 2019 to May 22, 2019 | Washington, D.C. | Attended leadership planning meeting | Transportation |
| 5. | ABA Section of Litigation | June 13, 2019 to June 15, 2019 | Park City, Utah | Attended the Spring Leadership Meeting | Lodging, transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/12/2020 |

| | | | | |
|---|---|---|---|---|
| 6. | ABA Section of Litigation | October 3, 2019 to October 5, 2019 | Scottsdale, Arizona | Attneded the Fall Leadership Meeting | Lodging, transportaton, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fairfield College Preparatory School | Tuition Agreement | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. T. Rowe Price International Fund | A | Int./Div. | K | T | Distributed (part) | 01/10/19 | J | | |
| 5. | | | | | Distributed (part) | 07/22/19 | J | | |
| 6. T. Rowe Price Mid-Cap Value Fund | C | Int./Div. | L | T | Distributed (part) | 07/22/19 | K | | |
| 7. T. Rowe Price New America Growth Fund | C | Int./Div. | L | T | Distributed (part) | 01/10/19 | K | | |
| 8. | | | | | Distributed (part) | 07/22/19 | J | | |
| 9. T. Rowe Price New Era Fund | A | Int./Div. | K | T | Distributed (part) | 01/10/19 | K | | |
| 10. | | | | | Distributed (part) | 07/22/19 | J | | |
| 11. T. Rowe Price New Horizons Fund | D | Int./Div. | M | T | Distributed (part) | 01/10/19 | K | | |
| 12. | | | | | Distributed (part) | 07/22/19 | K | | |
| 13. T. Rowe Price Small-Cap Value Fund | B | Int./Div. | K | T | Distributed (part) | 01/10/19 | J | | |
| 14. | | | | | Distributed (part) | 07/22/19 | J | | |
| 15. Vanguard 500 Index Fund | B | Int./Div. | L | T | | | | | |
| 16. J.P. Morgan Chase Accounts | A | Int./Div. | J | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Section II, my portion of this defined benefit plan remains in the pension plan of the NAACP Legal Defense & Educational Fund, Inc., even though I left the organization's employ in January 2009. Due to my salary while employed there, I have been designated a highly compensated employee, ineligible to rollover the value of my portion of this pension into another retirement account at this time.

ith respect to Section VII, during this reporting period, on January 10, 2019, I took a partial distributuon from the T. Rowe Price New Horizons Fund, the T. Rowe Price New America Growth Fund, the T. Rowe Price International Stock Fund, and the T. Rowe Price New Era Fund, all in an IRA account. I also have an IRA consisting entirely of investments in the T. Rowe Price Small-Cap Value Fund. On January 10, 2019, I also took a partial distribution from this fund. On July 22, 2019, I took another partial distribution from the T. Rowe Price New Horizons Fund, the T. Rowe Price New America Growth Fund, the T. Rowe Price International Stock Fund, and the T. Rowe Price New Era Fund. On July 22, 2019, I also took a partial distribution from the T. Rowe Price Mid-Cap Value Fund. On July 22, 2019, from the IRA consisting entirely of investments in the T. Rowe Price Small-Cap Value Fund, I aslo took a partial distribution from that fund.

I also have retirement investments in the Vanguard 500 Index Fund, a Rollover IRA and a Roth IRA. I have not sold or taken any distributions from either of these accounts during this reporting period.

With respoect to Section VII, Column A, for income , when I use the Int./Div. code, I am referring to income from capital gains and dividends together.

With respect to Section VII, Column D, when I refer to distributions, these are the distributions referenced above, which happened on two separate occasions, during this reporting period, January 10, 2019, and July 22, 2019, as noted above.

Because I took two distributions during the 2019 calendar year, from the T. Rowe Price New Horizons Fund, the T. Rowe Price New America Growth Fund, the T. Rowe Price International Stock Fund, and the T. Rowe Price New Era Fund as well as the the T. Rowe Price Small-Cap Value Fund, I have resturcted my Financial Disclosure Form for Section VII, Column D for this reporting year in order to provide space for the two distributions in these funds, moving to a different line the references from the last reporting period for the following: the T. Rowe Price Mid-Cap Value Fund, the T. Rowe Price New America Growth Fund, the T. Rowe Price New Era Fund, the T. Rowe Price New Horizons Fund, the T. Rowe Price Small-Cap Value Fund, the Vanguard 500 Index Fund, and my J. P. Morgan Chase account.

More specifically, the following changes in the reporting line of the Financial Disclosure Form, Section VII for this reporting year have occurred. Reporting for the the T. Rowe Price International Stock Fund now occurs on Lines 4 and 5 of the Financial Disclosure Form, Section VII, with the bulk of the reporting relared to this fund occurring on Line 4, including the disclosue of the first partial distribution on January 10, 2019, and on Line 5, only the disclosure of the second partial distribution on July 22, 2019 is reported. Reporting for the the T. Rowe Price Mid-Cap Value Fund now occurs on Line 6 of the Financial Disclosure Form, Section VII. Reporting for the T.Rowe Price New America Growth Fund now occurs on Lines 7 and 8 of the Financial Disclosure Form, Section VII, with the bulk of the reporting relared to this fund occurring on Line 7, including the disclosue of the first partial distribution on January 10, 2019, and on Line 8, only the disclosure of the second partial distribution on July 22, 2019 is reported. Reporting for the T. Rowe Price New Era Fund now occurs on Lines 9 and 10 of the Financial Disclosure Form, Section VII, with the bulk of the reporting relared to this fund occurring on Line 9, including the disclosue of the first partial distribution on January 10, 2019, and on Line 10, only the disclosure of the second partial distribution on July 22, 2019 is reported. Reporting for the T. Rowe Price New Horizons Fund now occurs on Lines 11 and 12 of the Financial Disclosure Form, Section VII, with the bulk of the reporting relared to this fund occurring on Line 11, including the disclosue of the first partial distribution on January 10, 2019, and on Line 12, only the disclosure of the second partial distribution on July 22, 2019 is reported. Reporting for the T. Rowe Price Small-Cap Value Fund now occurs on Lines 13 and 14 of the Financial Disclosure Form, Section VII, with the bulk of the reporting relared to this fund occurring on Line 13, including the disclosue of the first partial distribution on January 10, 2019, and on Line 14, only the disclosure of the second partial distribution on July 22, 2019 is reported. The reporting for the Vanguard 500 Index Fund now occurs on Line 15 of the Financial Disclosure Form, Section VII. The reporting for the J.P. Morgan Chase account now occurs on Line 16 of the Financial Disclosure Form, Section VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Victor A. Bolden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544